# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

153541

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 153541
COA: 331240
Wayne CC: 13-003211-FC

ANDREW BERNARD KEITH,
        Defendant-Appellant.

_____/

By order of November 17, 2016, the application for leave to appeal the March 8, 2016 order of the Court of Appeals was held in abeyance pending the decision in *People v Horton* (Docket No. 150815). On order of the Court, the case having been decided on July 25, 2017, 500 Mich 1034 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



Clerk

p1220